1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff ANTONIO MACIAS
6

7

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | ANTONIO MACIAS,                    ) Case No.: CV 00-11168 (CW)
   |                                    )
13 |         Plaintiff,                 ) ORDER AWARDING EQUAL
   |                                    ) ACCESS TO JUSTICE ACT
14 |    vs.                             ) ATTORNEY FEES PURSUANT TO
   |                                    ) 28 U.S.C. § 2412(d)
15 | MICHAEL J. ASTRUE,                 )
   | Commissioner of Social Security,   )
16 |                                    )
   |         Defendant.                 )
17 |_____)

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Young Cho, as Plaintiff's assignee and subject to the reservation of rights, the

21 amount of three thousand four hundred dollars ($3,400.00), as authorized by 28

22 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

23 DATE:   July 28, 2008

24                         _____/S/_____
                           THE HONORABLE CARLA M. WOEHRLE
25                         UNITED STATES MAGISTRATE JUDGE

26

-1-